UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RAYMOND H. KIMBLE, III (#160060107)**

**VERSUS**

**LEXUS OF NEW ORLEANS, ET AL.**

**CIVIL ACTION**

**NO. 18-299-JWD-RLB**

## OPINION

After independently reviewing the entire record, the Court sustains Plaintiff's objection regarding allegations of inadequate medical care as to Correct Health, Jefferson Parish Correctional Center and Jefferson Parish Sheriff's Office (as to the complaints of inadequate medical care only) since these allegations were not considered in the Report and Recommendation. The Court refers this part of the case to the Magistrate Judge to consider these claims only. While the Magistrate Judge did not specifically address the potential liability of Lexus, the Court nonetheless overrules Plaintiff's objection since Lexus is not alleged to have been a state actor and is not a proper defendant in this Section 1983 case. To the extent that Plaintiff is alleging a state law breach of privacy claim against Lexus, the Court declines supplemental jurisdiction of this claim. As to all other allegations, Plaintiff's allegation is overruled for the reasons stated in the Report and Recommendation with which the Court agrees.

Signed in Baton Rouge, Louisiana, on <u>August 14, 2018</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA