UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND H. KIMBLE, III | CIVIL ACTION |
| VERSUS | NO. 18-7918 |
| LEXUS OF NEW ORLEANS ET AL. | SECTION "S" (2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the original and supplemental Reports and Recommendations of the United States Magistrate Judge (Rec. Docs. 45 & 54), as well as plaintiff's objections to the Magistrate Judge's Reports and Recommendations, hereby approves the Reports and Recommendations of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, having also considered the dismissal order of the court in the Middle District of Louisiana, Record Doc. No. 15,

**IT IS ORDERED** that plaintiff's motions to appoint a special monitor and for class action status, Record Doc. Nos. 52 and 53, are **DENIED**, and that his complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this __3rd__ day of _____April_____, 2019.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**